UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Division

FILED
IN CLERK'S OFFICE

2003 JUN -3   A. 10: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROSIE D., by her parent John and Debra D., Tyriek H., by his mother Christine H., Joshua D., by his mother Emelie D., Sheena M., by her mother Deborah D., Devin E., by his grandmother Barbara E., Anton B., by his mother Lisa A., Nathan F., by his mother Tracey F., Shaun E., by his grandmother Jacquelyn E., Jerry N., by his mother Susan P., <br><br> on behalf of themselves and all others similarly situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> JANE M. SWIFT, Acting Governor; Robert Gittens, Secretary of the Executive Office of Health and Human Services, Stephen Crosby, Secretary of the Executive Office of Administration and Finance, Wendy E. Warring, Commissioner of the Division of Medical Assistance, <br><br> DEFENDANTS. | NO.  01-CV-30199-MAP |

## ANSWER

The Defendant, Mitt Romney, Governor of the Commonwealth of Massachusetts,[1] by and

through his counsel, answers the Complaint as follows:

1.     The defendant denies the allegations of paragraph 1 of the Complaint.

---

[1]   Pursuant to Fed. R. Civ. P. 25(d), Mitt Romney is deemed substituted as a defendant for former Governor Jane Swift.

2.      The defendant denies the allegations of paragraph 2 of the Complaint.

3.      The defendant denies the allegations of paragraph 3 of the Complaint.

4.      The defendant denies the allegations of paragraph 4 of the Complaint.

5.      The allegations contained in paragraph 5 contain legal conclusions which require no
response; to the extent it is construed as containing factual allegations, it is denied.

6.      The allegations contained in paragraph 6 set forth the statutory bases for suit invoked by
plaintiffs and as such requires no response; defendant denies that this Court has subject
matter jurisdiction over the plaintiffs' claims for the reasons set forth in the defendants'
motion to dismiss.

7.      The allegations contained in paragraph 7 set forth the statutory bases for suit invoked by
plaintiffs and as such requires no response; defendant denies that this Court has subject
matter jurisdiction over plaintiffs' claims for the reasons set forth in the defendants'
motion to dismiss.

8.      The first sentence of paragraph 8 sets forth the statutory basis for venue and as such
requires no response; the defendant lacks sufficient knowledge or information to respond
to the second sentence.

9.      The defendant lacks knowledge or information sufficient to respond to the allegations of
paragraph 9 of the Complaint.

10.     The defendant lacks knowledge or information sufficient to respond to the allegations of
paragraph 10 of the Complaint.

11.     The defendant lacks knowledge or information sufficient to respond to the allegations of
paragraph 11 of the Complaint.

2

12. The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 12 of the Complaint.

13. The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 13 of the Complaint.

14. The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 14 of the Complaint.

15. The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 15 of the Complaint.

16. The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 16 of the Complaint.

17. The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 17 of the Complaint.

18. The defendant admits he is the Chief Executive Officer of the Commonwealth of Massachusetts and admits that he has the power to appoint the heads of state agencies within the Executive Branch, but otherwise denies the allegations contained in paragraph 18.

19. The defendant denies the allegations of paragraph 19 of the Complaint, except admits that Eric Kriss is the Secretary of the Executive Office of Administration and Finance and as such has the powers conferred upon him by law.

3

20.   The defendant denies the allegations of paragraph 20 of the Complaint, except admits that Ronald Preston is the Secretary of the Executive Office of Health and Human Services and as such has the powers conferred upon him by law.

21.   The defendant denies the allegations of paragraph 21 of the Complaint, except admits that Douglas S. Brown is the Acting Commissioner of the Division of Medical Assistance and as such has the powers conferred upon him by law.

22.   The allegations contained in paragraph 22 contain legal conclusions in support of plaintiffs' contention that this action should be maintained as a class action that require no response; to the extent this paragraph is construed as containing factual allegations, it is denied.

23.   The allegations contained in paragraph 23 contain legal conclusions in support of plaintiffs' contention that this action should be maintained as a class action that require no response; to the extent this paragraph is construed as containing factual allegations, it is denied.

24.   The allegations contained in paragraph 24 contain legal conclusions in support of plaintiffs' contention that this action should be maintained as a class action that require no response; to the extent this paragraph is construed as containing factual allegations, it is denied.

25.   The allegations contained in paragraph 25 contain legal conclusions in support of plaintiffs' contention that this action should be maintained as a class action that require no response; to the extent this paragraph is construed as containing factual allegations, it is denied.

4

26.     The allegations contained in paragraph 26 contain legal conclusions in support of
        plaintiffs' contention that this action should be maintained as a class action that require
        no response; to the extent this paragraph is construed as containing factual allegations, it
        is denied.

27.     The allegations contained in paragraph 27 contain legal conclusions in support of
        plaintiffs' contention that this action should be maintained as a class action that require
        no response; to the extent this paragraph is construed as containing factual allegations, it
        is denied.

28.     The allegations contained in paragraph 28 contain legal conclusions in support of
        plaintiffs' contention that this action should be maintained as a class action that require
        no response; to the extent this paragraph is construed as containing factual allegations, it
        is denied.

29.     The allegations contained in paragraph 29 sets forth legal conclusions to which no
        response is required.

30.     The allegations contained in paragraph 30 sets forth legal conclusions to which no
        response is required.

31.     The allegations contained in paragraph 31 sets forth legal conclusions to which no
        response is required.

32.     The first sentence in paragraph 32 sets forth legal conclusions to which no response is
        required; the defendant admits the second sentence of paragraph 32.

33.     The allegations contained in paragraph 33 sets forth legal conclusions to which no
        response is required.

34.     The allegations contained in paragraph 34 sets forth legal conclusions to which no response is required.

35.     The allegations contained in paragraph 35 sets forth legal conclusions to which no response is required.

36.     The allegations contained in paragraph 36 sets forth legal conclusions to which no response is required.

37.     The allegations contained in paragraph 37 sets forth legal conclusions to which no response is required.

38.     The allegations contained in paragraph 38 sets forth legal conclusions to which no response is required.

39.     The allegations contained in paragraph 39 sets forth legal conclusions to which no response is required.

40.     The allegations contained in paragraph 40 sets forth legal conclusions to which no response is required.

41.     The defendant denies the allegations contained in paragraph 41 of the Complaint.

42.     The allegations contained in paragraph 42 sets forth legal conclusions to which no response is required.

43.     The allegations contained in paragraph 43 sets forth legal conclusions to which no response is required.

44.     The allegations contained in paragraph 44 sets forth legal conclusions to which no response is required.

45.     The defendant admits the allegations contained in paragraph 45.

46.     The defendant admits all of the allegations set forth in paragraph 46 except for the
        allegations in the last sentence, which are denied.  By way of further answer, the
        defendants pay for certain EPSDT Services pursuant to 130 CMR 450.144 and further
        that 42 U.S.C. § 1396d(r)(5) does not require that Early Periodic and Screening Services
        be included in the State Plan.  Further, upon information and belief the defendant states
        that Massachusetts operates its Medicaid program in accordance with the terms and
        conditions of a federal waiver obtained and approved pursuant to 42 U.S.C. §1315.

47.     The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 47 of the Complaint.

48.     The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 48 of the Complaint.

49.     The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 49 of the Complaint.

50.     The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 50 of the Complaint.

51.     The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 51 of the Complaint.

52.     The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 52 of the Complaint.

53.     The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 53 of the Complaint.

54.   The defendant lacks knowledge or information sufficient to respond to the allegations of
      paragraph 54 of the Complaint.

55.   The defendant  denies the allegations of paragraph 55 of the Complaint.

56.   The defendant denies the allegations in paragraph 56.

57.   The defendant denies the allegations in paragraph 57 and further states that the quoted
      passage speaks for itself.

58.   The defendant denies the allegations of paragraph 58 of the Complaint and further states
      that the quoted passage speak for itself.

59.   The defendant denies the allegations of paragraph 59 of the Complaint.

60.   The defendant denies the allegations of paragraph 60 of the Complaint.

61.   The defendant denies the allegations of paragraph 61 of the Complaint.

62.   The defendant denies the allegations of paragraph 62 of the Complaint.

63.   The defendant denies the allegations of paragraph 63 of the Complaint.

64.   The defendant denies the allegations of paragraph 64 of the Complaint.

65.   The defendant lacks knowledge or information sufficient to respond to the allegations of
      paragraph 65 of the Complaint.

66.   The defendant lacks knowledge or information sufficient to respond to the allegations of
      paragraph 66 of the Complaint.

67.   The defendant lacks knowledge or information sufficient to respond to the allegations of
      paragraph 67 of the Complaint.

68.   The defendant lacks knowledge or information sufficient to respond to the allegations of
      paragraph 68 of the Complaint.

69.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 69 of the Complaint.

70.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 70 of the Complaint.

71.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 71 of the Complaint.

72.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 72 of the Complaint.

73.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 73 of the Complaint.

74.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 74 of the Complaint.

75.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 75 of the Complaint.

76.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 76 of the Complaint.

77.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 77 of the Complaint.

78.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 78 of the Complaint.

79.    The defendant lacks knowledge or information sufficient to respond to the allegations of
       paragraph 79 of the Complaint.

80.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 80 of the Complaint.

81.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 81 of the Complaint.

82.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 82 of the Complaint.

83.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 83 of the Complaint.

84.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 84 of the Complaint.

85.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 85 of the Complaint.

86.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 86 of the Complaint.

87.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 87 of the Complaint.

88.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 88 of the Complaint.

89.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 89 of the Complaint.

90.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 90 of the Complaint.

91.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 91 of the Complaint.

92.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 92 of the Complaint.

93.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 93 of the Complaint.

94.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 94 of the Complaint.

95.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 95 of the Complaint.

96.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 96 of the Complaint.

97.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 97 of the Complaint.

98.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 98 of the Complaint.

99.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 99 of the Complaint.

100.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 100 of the Complaint.

101.   The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 101 of the Complaint.

102.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 102 of the Complaint.

103.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 103 of the Complaint.

104.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 104 of the Complaint.

105.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 105 of the Complaint.

106.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 106 of the Complaint.

107.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 107 of the Complaint.

108.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 108 of the Complaint.

109.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 109 of the Complaint.

110.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 110 of the Complaint.

111.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 111 of the Complaint.

112.    The defendant lacks knowledge or information sufficient to respond to the allegations of
        paragraph 112 of the Complaint.

113.    The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 113 of the Complaint.

114.    The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 114 of the Complaint.

115.    The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 115 of the Complaint.

116.    The defendant denies the allegations of paragraph 116 of the Complaint.

117.    The defendant denies the allegations of paragraph 117 of the Complaint.

118.    The defendant denies the allegations of paragraph 118 of the Complaint.

119.    The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 119 of the Complaint.

120.    The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 120 of the Complaint.

121.    The defendant denies the allegations of paragraph 121 of the Complaint.

122.    The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 122 of the Complaint.

123.    The defendant lacks knowledge or information sufficient to respond to the allegations of paragraph 123 of the Complaint.

124.    The defendant denies the allegations of paragraph 124 of the Complaint.

125.    The defendant denies the allegations of paragraph 125 of the Complaint.

126.    The defendant denies the allegations of paragraph 126 of the Complaint.

127.    The defendant denies the allegations of paragraph 127 of the Complaint.

128.   The defendant denies the allegations of paragraph 128 of the Complaint.

129.   The defendant denies the allegations of paragraph 129 of the Complaint.

130.   The allegations contained in paragraph 130 characterize the relief sought by plaintiffs and as such requires no response; to the extent it is construed as containing factual allegations, it is denied.

131.   The allegations contained in paragraph 131 characterize the relief sought by plaintiffs and as such requires no response; to the extent it is construed as containing factual allegations, it is denied.

## Count I - EPSDT

132.   The defendant repeats and reavers his responses to paragraphs 1-131 as though specifically set forth herein.

133.   The defendant denies the allegations of paragraph 133 of the Complaint.

134.   The defendant denies the allegations of paragraph 134 of the Complaint.

135.   The defendant denies the allegations of paragraph 135 of the Complaint.

136.   The defendant denies the allegations of paragraph 136 of the Complaint.

137.   Paragraph 137 of the Complaint states a legal conclusion to which no response is required.

## Count II - Reasonable Promptness

138.   The defendant repeats and reavers his responses to paragraphs 1-137 as though specifically set forth herein.

139.   The defendant denies the allegations of paragraph 139 of the Complaint.

140.   The defendant denies the allegations of paragraph 140 of the Complaint.

14

141.   The defendant denies the allegations of paragraph 141 in the Complaint.

142.   The defendant denies the allegations of paragraph 142 of the Complaint.

### Count III - Methods of Administration

143.   The defendant repeats and reavers his responses to paragraphs 1-142 as though specifically set forth herein.

144.   The defendant denies the allegations of paragraph 144 of the Complaint.

145.   The defendant denies the allegations of paragraph 145 of the Complaint.

### Count IV - Managed Care

146.   The defendant repeats and reavers his responses to paragraphs 1-145 as though specifically set forth herein.

147.   The defendant denies the allegations of paragraph 147 of the Complaint.

148.   The defendant denies the allegations of paragraph 148 of the Complaint.

### AFFIRMATIVE DEFENSES

1.   The complaint is barred by the Commonwealth's sovereign immunity and the Eleventh Amendment.

2.   Plaintiffs' claims may not be maintained as causes of action pursuant to 42 U.S.C. § 1983.

3.   Plaintiffs have failed to state a claim under the federal Medicaid Act upon which relief can be granted.

4.   Plaintiffs have failed to exhaust their administrative remedies.

5.   The defendants pay for all medically necessary services as required under 42 U.S.C. §1396(r)(5).

6.   Plaintiffs complaint is barred by their failure to join the Centers for Medicare & Medicaid

Services as a party.

Respectfully submitted,

Mitt Romney, Governor
Commonwealth of Massachusetts

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

Adam Simms, BBO #632617
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200 Ext. 2052

Date:  June 2, 2003

> **CERTIFICATE OF SERVICE**
> I hereby certify that a true copy of the above
> document was served upon the attorney of
> record for each other party by mail (by hand)
> on _6/2/03_ .