UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| ROSIE D., et al., <br><br> Plaintiffs <br><br> v. <br><br> DEVAL PATRICK, et al., <br><br> Defendants | Civil Action No. <br> 01-30199-MAP |

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME TO FILE THEIR REQUEST FOR ATTORNEYS' FEES**

The plaintiffs' move for an extension of time until November 2, 2007 to file their request for attorneys' fees and costs. In support of their motion, the plaintiffs' state:

1. On July 3, 2007, the plaintiffs submitted a detailed request for attorneys' fees and costs to the defendants for work performed in this case from 2000-2006.

2. Because the submission is quite substantial, the defendants have requested that they have until September 14, 2007 to review and respond to this request.

3. The parties have agreed that they will need three weeks, or until October 5, 2007, to attempt to resolve the issue of attorneys' fees and costs.

4. If this effort is unsuccessful, the plaintiffs will need an additional four weeks, or until November 2, 2007, to file a motion for fees and costs.

5. The parties have agreed that these timelines are reasonable.

WHEREFORE, the plaintiffs request that the time for filing their request for attorneys' fees and costs be extended from August 16, 2007 until November 2, 2007.

## CERTIFICATION UNDER LOCAL RULE 7.1

The plaintiffs certify that they have conferred with Deirdre Roney, attorney for the defendants on August 9, 2007, and the defendants have assented to the motion.

RESPECTFULLY SUBMITTED
THE PLAINTIFFS
BY THEIR ATTORNEYS,


/s/ Steven J. Schwartz
Steven J. Schwartz
Cathy E. Costanzo
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 586-6024
BBO#448440
BBO#553813

James C. Burling
James W. Prendergast
John Rhee
Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6000
BBO#065960
BBO#553073
BBO#650139

Frank Laski
Mental Health Legal Advisors Committee
294 Washington Street
Boston, MA 01208
(617) 338-2345
BBO#287560

August 10, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the court's CM/ECF System.

                                              /s/ Steven J. Schwartz

Date: August 10, 2007