UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| ROSIE D., et al., <br><br> Plaintiffs <br><br> v. <br><br> DEVAL PATRICK, et al., <br><br> Defendants | Civil Action No. <br> 01-30199-MAP |

**PLAINTIFFS' SECOND ASSENTED-TO MOTION TO EXTEND TIME TO FILE THEIR REQUEST FOR ATTORNEYS' FEES**

The plaintiffs move for a further extension of time until December 23, 2007 to file their request for attorneys' fees and costs. In support of their motion, the plaintiffs state:

1. On July 3, 2007, the plaintiffs submitted a detailed request for attorneys' fees and costs to the defendants for work performed in this case from 2000-2006.

2. Because the submission is substantial, the defendants requested that they have until September 14, 2007 to review and respond to this request.

3. The parties agreed to devote up to three additional weeks, or until October 5, 2007, to attempt to resolve the issue of attorneys' fees and costs. If this effort was unsuccessful, the parties further agreed that the plaintiffs would file their motion by November 2, 2007. Finally, the parties agreed that these timelines were reasonable.

4. On August 10, 2007, the plaintiffs filed an assented-to motion (Doc. # 369) incorporating these agreements, which the Court approved on August 13, 2007.

5. The defendants have not responded to the plaintiffs' fee request and cannot

before November 2, 2007, in part, because of the voluminous records accompanying the fee submission (which plaintiffs are unable to provide in a searchable electronic format).

6. The plaintiffs were prepared to file their fee motion and supporting memorandum, as ordered, on November 2, 2007. In anticipation of receiving the defendants' response to the fee request by November 30, 2007, and in order to afford the parties an opportunity to resolve this issue without the need for judicial intervention, the plaintiffs are seeking a further extension until December 23, 2007 to file their fee motion. The plaintiffs reserve their right to file earlier if the defendants do not make an offer by November 30, 2007 that has a reasonable prospect of resolving this issue.

WHEREFORE, the plaintiffs request that the time for filing their request for attorneys' fees and costs be further extended from November 2, 2007 until December 23, 2007.

## CERTIFICATION UNDER LOCAL RULE 7.1

The plaintiffs certify that they have conferred with Deirdre Roney, attorney for the defendants on October 25, 2007, and the defendants have assented to this motion.

RESPECTFULLY SUBMITTED

BY THEIR ATTORNEYS,

/s/ Steven J. Schwartz
Steven J. Schwartz
Cathy E. Costanzo
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 586-6024
BBO#448440
BBO#553813

James C. Burling
James W. Prendergast
John Rhee
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6000
BBO#065960
BBO#553073
BBO#650139

Frank Laski
Mental Health Legal Advisors Committee
294 Washington Street
Boston, MA 01208
(617) 338-2345
BBO#287560

October 26, 2007

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the court's CM/ECF System.

/s/Steven J. Schwartz
Steven J. Schwartz