```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS


ROSIE D., ET AL,              )
Plaintiffs                    )
                              )
                    v.        )  CIVIL ACTION NO. 01-30199-MAP
                              )
DEVAL L. PATRICK, ET AL,      )
Defendants                    )
```

<u>ORDER</u>

June 4, 2010

PONSOR, D.J.

Counsel appeared for a status conference on May 18, 2010. For the reasons stated at the conference, the court orders as follows:

> 1. On or before June 18, 2010, Defendants will submit a written report regarding the status of the application for a waiver by the federal government to permit Defendants to move forward with their proposed crisis stabilization program. Included in this report will be a review of Defendants' analysis of other state plans approved by the federal government for crisis stabilization programs. Crisis stabilization programs are a critical part of the system embodied in the court's Remedial Order, and, as the state concedes, all best efforts must be made promptly to establish this program component.
>
> 2. Plaintiffs having submitted their proposed order regarding waiting lists to access the intensive care coordination program, Defendants will respond by June 18, 2010.

Counsel will appear again to report to the court on these and other matters on July 20, 2010 at 2:00 p.m.

It is So Ordered.

/s/ Michael A. Ponsor
**MICHAEL A. PONSOR**
**United States District Judge**