UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSIE D., ET AL,                )
Plaintiffs                      )
                                )
             v.                 ) C.A. 01-cv-30199-MAP
                                )
DEVAL L. PATRICK, ET AL,        )
Defendants                      )

### MEMORANDUM AND ORDER REGARDING PLAINTIFFS' SUPPLEMENTAL MOTION TO INSURE TIMELY ACCESS TO REMEDIAL SERVICES
(Dkt. No. 542)

November 29, 2011

PONSOR, U.S.D.J.

On November 22, 2011 counsel appeared for argument on Plaintiffs' Motion to Insure Timely Access to Remedial Services (Dkt. No. 542).

Having considered counsel's arguments, the court orders as follows:

    1. Defendants will promptly complete their review of access data, as described in their Supplemental Memorandum (Dkt. No. 551).

    2. Defendants will report to Plaintiffs their proposal for new prospective access standards governing enrollment in Intensive Care Coordination (ICC) services by January 3, 2012.

    3. Defendants will include in their periodic report, to be submitted by January 13, 2012, a proposed timetable for implementation of Crisis Stabilization services, with a May 31, 2012 target date.

    4. Plaintiffs will respond to Defendants' periodic report, Defendants' proposal for new ICC access standards, and Defendants' proposal for Crisis Stabilization services by January 24, 2012.

5. Defendants will effectuate management strategies specifically targeting the reduction, and ultimately the elimination, of waiting lists for ICC services, including strategies outlined in their Supplemental Memorandum (Dkt. No. 551), and will include in their January 13, 2012 report a summary of their progress in this area.

6. Counsel will appear again before this court on January 27, 2012 at 3:00 p.m. to discuss the periodic report, including the proposed timetable for Crisis Stabilization, the proposed ICC access standards, and the status of efforts to improve access to ICC services.

7. Counsel for Defendants will appear before the court every sixty (60) days following January 27, 2012 to report on progress in reducing access time to ICC services. Based on these reports, the court may consider the necessity of setting firm deadlines for bringing these times into better compliance with the court's remedial order. In connection with this, the Monitor will continue to oversee the improvements in ICC access and the Defendants will report on progress in writing no later than ten (10) days prior to each 60-day appearance.

Plaintiff's Supplemental Motion to Insure Timely Access to Remedial Services (Dkt. No. 542) is ALLOWED to the extent set forth above and is otherwise DENIED.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge