UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ROSIE D., ET AL,             )
Plaintiffs                   )
                             )
              v.             )  CIVIL ACTION NO. 01-30199-MAP
                             )
DEVAL L. PATRICK, ET AL,     )
Defendants                   )
```

ORDER RE: THIRD MOTION FOR ATTORNEY'S FEES
(Dkt. No. 558)

February 14, 2012

PONSOR, U.S.D.J.

In light of Defendants' report that they do not oppose entry of an order granting Plaintiffs' Third Motion for Attorney's Fees, (see Dkt. No. 566), the motion (Dkt. 558) is hereby ALLOWED. Defendants are directed to proceed with payment of the requested fee in accordance with state regulations governing the payments of settlements and judgments, codified at 515 C.M.R. 5.00 et seq.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge