UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSIE D., ET AL,            )
Plaintiffs                  )
                            )
             v.             ) CIVIL ACTION NO. 01-cv-30199-MAP
                            )
DEVAL L. PATRICK, ET AL,    )
Defendants                  )


ORDER APPROVING COURT MONITOR'S
FISCAL YEAR 2013 BUDGET

November 21, 2012

PONSOR, U.S.D.J.

    Counsel for both parties have submitted a Joint Motion to Approve Court Monitor's Budget for Fiscal year 2013 (Dkt. 596). The court has reviewed the proposed budget, in the total amount of $370,000 for fiscal year 2013. With the agreement of all parties, the budget is hereby APPROVED.

    It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        United States District Judge