UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSIE D., ET AL,            )
Plaintiffs                  )
                            )
                v.          ) C.A. NO. 01-cv-30199-MAP
                            )
DEVAL L. PATRICK, ET AL,    )
Defendants                  )

ORDER

June 25, 2013

**PONSOR, U.S.D.J.**

The appointment of the Court Monitor in this matter being presently scheduled to expire by its terms on June 30, 2013, it is hereby ordered that the Court Monitor's term shall be, and hereby is, extended through and including December 31, 2013.

It is further ordered that during this extended appointment period, the Court Monitor shall engage principally in reviewing and analyzing, in consultation with the parties, the data collected pursuant to the Disengagement Criteria document prepared by the parties, together with such other activities as the court may, at its discretion, direct. The Court Monitor shall continue to have the authorities and responsibilities set forth in ¶ 48 of the Judgment.

The parties shall file a document setting forth a budget

to compensate the Court Monitor for her fees and expenses during this extended appointment period.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge