UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROSIE D., ET AL,           )
Plaintiffs                 )
                           )
          v.               ) C.A. 01-cv-30199-MAP
                           )
DEVAL L. PATRICK, ET AL,   )
Defendants                 )

ORDER
September 24, 2013

PONSOR, U.S.D.J.

Per agreement of the parties, the appointment in this matter of the Court Monitor, which is presently scheduled to expire on December 31, 2013, is hereby extended through and including June 30, 2014. It is the court's understanding that the funding has already been set aside to cover the costs, fees, and expenses of the Court Monitor through until June 30, 2014.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge