UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| ROSIE D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) <br>DEVAL L. PATRICK, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 01-30199-MAP |

**ASSENTED TO MOTION FOR ATTORNEY'S FEES AND COSTS**

In response to the plaintiffs' Fourth Request for Attorney's Fees and Costs, the parties have conferred and agreed on the amount of fees and costs reasonably incurred for the period July 1, 2011 – June 30, 2013.

Wherefore, the plaintiffs move that the Court enter an Order requiring the Commonwealth to pay the plaintiffs the amount of $538,619.06 for fees and costs incurred during this period. The Court further should direct the defendants to make such payment within ninety days of this Order.

The defendants assent to this Motion.

Dated: November 18, 2013

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS,
BY THEIR ATTORNEYS,

*ALLOWED. Payment within ninety (90) days. So Ordered.*
*Michael A. Ponsor USDJ  11/19/13*