```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ROSIE D. ET AL.,  Plaintiffs,  v.  CHARLIE BAKER ET AL.,  Defendants. | C.A. No. 01-cv-30199-MAP |

### MEMORANDUM AND ORDER REGARDING MONITOR'S BUDGET

December 21, 2018

**PONSOR, U.S.D.J.**

On November 27, 2018, the court issued an order approving the extension of the Court Monitor's appointment through June 30, 2019. (Dkt. No. 869.) In connection with this, counsel were ordered to confer regarding an appropriate budget and submit it to the court for review by December 21, 2019.

In accordance with the court's order, counsel have submitted a budget, sufficient to cover the Monitor's work, (half-time, as the Monitor requested) through June 30, in the amount of $60,900. (Dkt. No. 872, Ex. 1.) This budget

is hereby approved. The Monitor is authorized to make submissions against this amount following the protocols followed by her and the parties up to now.

Defendants' submission regarding the budget made clear that they objected to any continuation of monitoring for the reasons set forth in their pending Motion for Order Regarding Substantial Compliance. (Dkt. No. 848.) The court notes this objection but observes again, as it did in the November 27 order, that even if Defendants' motion were ultimately to be allowed, some continued monitoring is likely to be needed during the wind-down of court oversight. Defendants' submission has confirmed that the funds for monitoring during the period up to June 30 have been encumbered and will therefore be available, if needed. (Dkt. No. 872, n. 1.)

As a reminder on a separate matter, Plaintiffs' Motion for Attorneys' Fees (Dkt. No. 871), was filed on December 7, 2018. Defendants' opposition to this motion, if any, would ordinarily be due in fourteen days. If no opposition is filed, it is the court's intention to allow this motion no later than December 28, 2019.

**It is So Ordered.**

                                               _/s/ Michael A. Ponsor_____
                                               **MICHAEL A. PONSOR**
                                               **U.S. DISTRICT JUDGE**