**Plaintiffs' Final Fee Request**
**Center for Public Representation**
**Summary of Fees**
**July 1, 2018 - November 29, 2021**

|  | Total Hours | Reduced Hours | Requested Hours | Rate | Lodestar |
|---|---|---|---|---|---|
| Steven Schwartz | 790.30 | 52.40 | 737.90 | $ 700.00 | $516,530 |
| Travel | 9.00 | 0.00 | 9.00 | $ 350.00 | $3,150 |
|  | 799.30 | 52.40 | 746.90 |  | $519,680 |
| Kathryn Rucker | 882.80 | 108.00 | 774.80 | $ 700.00 | $542,360 |
| Travel | 9.00 | 0.00 | 9.00 | $ 350.00 | $3,150 |
|  | 891.80 | 108.00 | 783.80 |  | $545,510 |
| Cathy Costanzo | 128.10 | 3.30 | 124.80 | $ 700.00 | $87,360 |
| Travel | 12.80 | 0.00 | 12.80 | $ 350.00 | $4,480 |
|  | 140.90 | 3.30 | 137.60 |  | $91,840 |
| Mark Murphy | 52.20 | 52.20 | 0.00 | $ 700.00 | $0 |
| Alex Schwartz | 92.80 | 11.55 | 81.25 | $ 380.00 | $30,875 |
| Marcia Boundy | 63.10 | 1.50 | 61.60 | $ 220.00 | $13,552 |
| Karen Detmers | 166.30 | 39.70 | 126.60 | $ 220.00 | $27,852 |
| Nicole Dill | 113.40 | 113.40 | 0.00 | $220.00 | $0 |
| Totals | 2,319.80 | 382.05 | 1,937.75 |  | $ 1,229,309 |